EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*A. Manuel Nieves* and *Kai W. De Graaf*, in support of the petition.

Decided January 12, 2012

### STATE OF CONNECTICUT *v.* RANDALL SAUNDERS

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 268 (AC 32758), is denied.

*Randall Saunders*, pro se, in support of the petition.

*Raheem L. Mullins*, assistant state's attorney, in opposition.

Decided January 12, 2012

### JACK TYNDALL *v.* JOY BANACH ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 33648) is denied.

*John F. Morris*, in support of the petition.

*Steven R. Dembo*, in opposition.

Decided January 12, 2012

### STATE OF CONNECTICUT *v.* WILLIAM CONNELLY

The defendant's petition for certification for appeal from the Appellate Court, 129 Conn. App. 373 (AC 27988), is denied.

*William Connelly*, pro se, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided January 20, 2012